**Order filed January 26, 2023**



In The

# Fourteenth Court of Appeals

_____

## NO. 14-22-00933-CV
_____

### DENTISTRY AT ARTYSAN LANE PLLC, Appellant

### V.

### TEXAS INDEPENDENCE PLAZA LLC, Appellee

**On Appeal from the 458th District Court**
**Fort Bend County, Texas**
**Trial Court Cause No. 22-DCV-297421**

## O R D E R

The notice of appeal in this case was filed December 27, 2022. To date, the filing fee of $205.00 has not been paid. No evidence that appellant is excused by statute or the Texas Rules of Appellate Procedure from paying costs has been filed. *See* Tex. R. App. P. 5.

Accordingly, appellant is ordered to pay the filing fee in the amount of $205.00 to the clerk of this court within ten (10) days of the date of this order. If appellant fails to do so, the appeal is subject to dismissal without further notice for want of prosecution. *See* Tex. R. App. P. 42.3(b).

PER CURIAM

Panel Consists of Justices Zimmerer, Spain, and Hassan.